UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| FRANK GIBSON,<br>          Plaintiff,<br><br>-v-<br><br>CALHOUN COUNTY, JARROD GOODRICH,<br>SCOTT HAMILTON, SCOTT AUSTAD,<br>JEREMY MASTERS, and MIKE ZALESKI,<br>          Defendants. | No. 1:12-cv-1229<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

The Court has reviewed and approved a stipulation by the parties to settle the case. In exchange for $91,000, Frank Gibson has agreed that the causes of action in the complaint are **DISMISSED WITH PREJUDICE and WITHOUT COSTS.**

As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Plaintiff and against Defendants.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   April 18, 2014                                        /s/ Paul L. Maloney
                                                                          Paul L. Maloney
                                                                          Chief United States District Judge